1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   AUSTIN VERLAND RAY, JR.,              1:11-cv-01098-SMS (HC)

12                                          ORDER TRANSFERRING CASE TO THE
                                            SACRAMENTO DIVISION OF THE
13              Petitioner,                 UNITED STATES DISTRICT COURT,
                                            EASTERN DISTRICT OF CALIFORNIA
14   vs.

15   STATE OF CALIFORNIA

16

17              Respondent.

18   _____/

19          Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

20   28 U.S.C. § 2254. Petitioner has paid the filing fee for this action.

21          The petitioner is challenging a conviction from San Joaquin County, which is part of the

22   Sacramento Division of the United States District Court for the Eastern District of California.

23   Therefore, the petition should have been filed in the Sacramento Division.

24          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

25   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

26   will be transferred to the Sacramento Division.

-1-

1     Good cause appearing, IT IS HEREBY ORDERED that:

2     1.  This action is transferred to the United States District Court for the Eastern District of

3  California sitting in Sacramento; and

4     2.  All future filings shall reference the new Sacramento case number assigned and shall be

5  filed at:

6                         United States District Court
                          Eastern District of California
7                         501 "I" Street, Suite 4-200
                          Sacramento, CA 95814
8

9  IT IS SO ORDERED.

10  **Dated:    July 8, 2011**                    _____/s/ **Sandra M. Snyder**_____
                                                UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26